116 P.3d 701

# SUPREME COURT OF HAWAI'I

| Case | Docket | Date | Disposition | Citation |
|---|---|---|---|---|
| Ueoka v. Szymanski; Hartley v. Ueoka; Bank of Hawaii v. Szymanski; Hartley v. Bank of Hawaii | 25575 | 07/15/2005 | Denied | 107 Hawai'i 386, 114 P.3d 892 |
| State v. Rees | 26470 | 07/28/2005 | Denied | 107 Hawai'i 508, 115 P.3d 687 |
| Tax Appeal of Lewis v. Kawafuchi | 26431 | 07/26/2005 | Granted | 108 Hawai'i 69, 116 P.3d 711 |